**Fill in this information to identify your case:**

Debtor 1 __Donna_____LeBouef__
 First Name                Middle Name              Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name          Last Name

United States Bankruptcy Court for the: __EASTERN DISTRICT OF LOUISIANA__

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

**2.1**
Amerifirst Home Improvement Finan(
Creditor's name
PO Box 2040
Number    Street

Omaha          NE    68103
City           State ZIP Code

Describe the property that secures the claim:
real property, principle residence

$66,000.00     $80,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  mortgage

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    $66,000.00

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1

Debtor 1 **Donna LeBouef**     Case number (if known) _____

### Part 1: Additional Page
After listing any entries on this page, number them sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

**2.2**

**Amerifirst Home Improvement Finan**(c)
Creditor's name
**PO Box 2040**
Number   Street

**Omaha**   **NE**   **68103**
City   State   ZIP Code

Describe the property that secures the claim: **real property, principle residence**     $5,000.00     $5,000.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Mortgage arrears**

Date debt was incurred **Various**   Last 4 digits of account number ___ ___ ___ ___

**2.3**

**Bayou Lafourche Credit**
Creditor's name
**5324 Hwy. 1**
Number   Street

**Raceland**   **LA**   **70394**
City   State   ZIP Code

Describe the property that secures the claim: **household**     $3,500.00     $0.00     $3,500.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

**Surrender any property described, 1st ranked, non-exempt, timely recorded by a ucc lien property remaining in debtors possession**

Add the dollar value of your entries in Column A on this page. Write that number here:     **$8,500.00**

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 2

Debtor 1  **Donna LeBouef**

Case number (if known) _____

### Part 1: Additional Page
After listing any entries on this page, number them sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion, if any |
|---|---|---|---|
| **2.4** Tower Loan — Creditor's name<br>16253 East Main St.<br>Number   Street<br><br>Cut Off   LA   70345<br>City   State   ZIP Code | $3,000.00 | $0.00 | $3,000.00 |

Describe the property that secures the claim: **Judgment creditor**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)   **judgment**

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   **$3,000.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$77,500.00**

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 3