Fill in this information to identify your case:

Debtor 1: **Donna** _____ **LeBouef**
    First Name     Middle Name     Last Name

Debtor 2 (Spouse, if filing): _____
    First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  _____ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?
   ☑ No
   ☐ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. ............................................... 4. $576.02

   If not included in line 4:

   4a. Real estate taxes .................................................... 4a. _____

   4b. Property, homeowner's, or renter's insurance .................................................... 4b. _____

   4c. Home maintenance, repair, and upkeep expenses .................................................... 4c. $15.00

   4d. Homeowner's association or condominium dues .................................................... 4d. _____

Debtor 1  Donna LeBouef                                       Case number (if known) _____

                                                              Your expenses

5.  Additional mortgage payments for your residence, such as home equity loans ............... 5. _____

6.  Utilities:

    6a. Electricity, heat, natural gas ............................................................................ 6a.    $150.00

    6b. Water, sewer, garbage collection ..................................................................... 6b.     $40.00

    6c. Telephone, cell phone, Internet, satellite, and ................................................... 6c.     $45.00
        cable services

    6d. Other. Specify: _____                                           6d. _____

7.  Food and housekeeping supplies ...................................................................... 7.    $100.00

8.  Childcare and children's education costs ........................................................... 8. _____

9.  Clothing, laundry, and dry cleaning .................................................................... 9. _____

10. Personal care products and services ................................................................ 10. _____

11. Medical and dental expenses ........................................................................... 11. _____

12. Transportation. Include gas, maintenance, bus or train ..................................... 12.     $50.00
    fare. Do not include car payments.

13. Entertainment, clubs, recreation, newspapers, ................................................. 13. _____
    magazines, and books

14. Charitable contributions and religious donations .............................................. 14. _____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance ................................................................................................ 15a. _____

    15b. Health insurance ............................................................................................. 15b. _____

    15c. Vehicle insurance ............................................................................................. 15c. _____

    15d. Other insurance. Specify: _____                                 15d. _____

16. Taxes.   Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                      16. _____

17. Installment or lease payments:

    17a. Car payments for Vehicle 1 ............................................................................ 17a. _____

    17b. Car payments for Vehicle 2 ............................................................................ 17b. _____

    17c. Other. Specify: _____                                           17c. _____

    17d. Other. Specify: / misc _____                                   17d.    $141.00

18. Your payments of alimony, maintenance, and support that you did not report as          18. _____
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).

19. Other payments you make to support others who do not live with you.
    Specify: _____                                                      19. _____

Debtor 1    Donna LeBouef                                    Case number (if known) _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a. Mortgages on other property ........................................................... 20a.  _____

    20b. Real estate taxes .......................................................................... 20b.  _____

    20c. Property, homeowner's, or renter's insurance .................................. 20c.  _____

    20d. Maintenance, repair, and upkeep expenses ..................................... 20d.  _____

    20e. Homeowner's association or condominium dues ............................... 20e.  _____

21. Other. Specify: _____ 21.  + _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21. ................................................................. 22a.    $1,117.02

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. ........ 22b.  _____

    22c. Add line 22a and 22b. The result is your monthly expenses. ............. 22c.    $1,117.02

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from Schedule I. .......... 23a.    $1,352.00

    23b. Copy your monthly expenses from line 22c above. ............................ 23b.  − $1,117.02

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income. ............................................. 23c.    $234.98

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. Explain here:
    **None.**

Official Form 106J                           Schedule J: Your Expenses                           page 3